# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS _____

United States District Court
Southern District of Texas
FILED

AUG 1 0 2011

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
George Granillo ROMERO
YOB: 1957
United States Citizen

CRIMINAL COMPLAINT

M-11-2456-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>August 9, 2011</u> in <u>Starr County</u>, in the <u>Southern District of Texas</u> defendant did, knowingly

Conspire and agree to intentionally possess with the intent to distribute approximately 10.1 kilograms/22.3 pounds of brown heroine, a controlled substance listed under Schedule I, of the Controlled Substance Act.

In addition the defendant did, knowingly conspire and agree to intentionally possess with the intent to distribute approximately 4.7 kilograms/10.4 pounds of cocaine, a controlled substance listed under Schedule II, of the Controlled Substance Act

In violation of Title 21 United States code, Section(s) 841 & 846.

I further state that I am a(n) <u>U.S. Immigration and Customs Enforcement Special Agent</u> and that this complaint is based on the following facts:

SEE ATTACHMENT A

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Approved to File
Terry L Leonard
Asst U.S. Attorney

_____
Signature of Complainant
Colin Hartnett, Special Agent
U.S. Immigration & Customs enforcement

Sworn to before me and subscribed in my presence,

August 10, 2011     8:55 am         at        McAllen, Texas
Date                                            City and State

Peter E. Ormsby, U.S. Magistrate Judge       _____
Name & Title of Judicial Officer              Signature of Judicial Officer

ATTACHMENT A

Before the United States Magistrate Judge, Southern District of Texas, I, Colin Hartnett, Special Agent, U.S. Immigration and Customs Enforcement, being duly sworn, depose and say the following:

On August, 9 2011, a blue Ford Edge SUV arrived at the Roma, Texas Port of Entry (POE) attempting to make entry into the U.S. from the United Mexican States. When the vehicle arrived at the POE, the driver of the SUV initiated contact with, Customs and Border Protection Officer (CBPO) Reyes. Reyes stated it was very unusual for the driver to make contact opposed to the CBPO to initiate contact. The driver was later identified as George Granillo ROMERO. Before CBPO Reyes was able to ask any questions, ROMERO addressed Reyes by his last name as if he were a familiar traveler and tried to engage in conversation.

CBPO Reyes asked where ROMERO was coming from, ROMERO nervously responded with his entire itinerary as if it were preplanned. ROMERO mentioned he visited the dentist in Mexico. ROMERO stated he stayed in a hotel the night before he went to the dentist. ROMERO stated he was returning home to Austin. CBPO Reyes stated that ROMERO's response raised some suspicions because ROMERO answered substantially more than the simple question; "Where are you coming from?". At the conclusion of giving CBPO Reyes his itinerary ROMERO gave a negative declaration. CBPO Reyes conducted records checks on ROMERO that revealed ROMERO was linked to narcotics smuggling in Laredo, Texas.

CBPO Porfirio Saenz also spoke with ROMERO; Saenz stated ROMERO displayed nervous behavior in his voice. Saenz also observed that ROMERO's voice began to break and his jaw was shaking slightly. When asked, ROMERO was unable to recall what town he stayed in, in MEXICO the previous night. ROMERO was unable to provide the name of the hotel or any receipts for the hotel he stayed in. ROMERO stated to CBPO Saenz he was going to Nevada. ROMERO previously stated to CBPO Reyes he was going home to Austin.

Canine Enforcement Officer Saenz conducted a canine search on the outside of the vehicle. Saenz' canine "Mike" alerted positive for narcotics on both front fenders of the vehicle. The fenders were removed to reveal a secret compartment under each of them. The secret compartments were opened and a total of nine bricks of brown heroin weighing approximately 10.1 kilograms/22.3 pounds and four bricks of cocaine weighing approximately 4.7 kilograms/10.4 pounds were revealed. Field-test of the white powdery substance resulted in a positive reaction for cocaine. Field-test of the brown substance resulted in a positive reaction for brown heroin.

ROMERO was asked about his vehicle by CBPO Saenz, ROMERO stated the vehicle had been in his possession the entire time he was in Mexico. ROMERO also stated the vehicle belonged to him. The vehicle is registered to ROMERO at a residence located in Austin, Texas. ROMERO also has insurance on the vehicle in his name.

ROMERO was detained for further questioning. U.S. Immigration and Customs Enforcement Special Agents (SA) assigned to Homeland Security Investigations, Office of the Resident Agent in Charge, Falcon Dam, Texas responded to the Roma, Texas POE.

SA Colin Hartnett arrived with SA Rodolfo Vega at the POE and advised ROMERO of his Miranda Rights in the English language. ROMERO stated he understood his rights and requested to speak to an attorney. SA Vega concluded the interview and no further questions were asked.

ROMERO was placed under arrest and transported to the Starr County Jail pending his appearance before a United States Magistrate Judge. ROMERO is being charged with 21 USC 841 and 21 USC 846.